IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00967-LTB-MJW

JAS HOSPITALITY, LLC,

Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Stipulated Motion to Entry of Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs 4 c., 9, 10, 13, and 17 and made an Order of Court.

Date: July 13, 2015