# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  15-cv-00967-LTB-MJW | FTR - Courtroom A-502 |
| **Date:**  November 19, 2015 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| JAS HOSPITALITY, LLC, | Daniele "Dan" W. Bonifazi |
| Plaintiff(s), | |
| v. | |
| AUTO-OWNERS INSURANCE COMPANY, | Muliha A. Khan |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING**
**Court in Session:**   10:29 a.m.
Court calls case.  Appearances of counsel.

The Court raises Auto-Owners' Motion to Compel Discovery Responses and Unopposed Motion for Enlargement of Time Regarding Discovery Deadlines [Docket No. 29] for argument.

Argument by Ms. Khan on behalf of defendant.
Argument by Mr. Bonifazi on behalf of plaintiff.

Counsel for Plaintiff shall provide a disk containing the digital photos that were previously produced as black and white photocopies contained in the discovery responses.

Counsel for Plaintiff and Defendant will meet and confer with Plaintiff representative Albruni Ali before his deposition, which is scheduled December 10, 2015,  to clarify answers to certain Interrogatories and documents produced.  Mr. Ali is scheduled as a Fed. R. Civ. P. 30(b)(6) representative for Plaintiff.

**It is ORDERED:**   AUTO-OWNERS' MOTION TO COMPEL DISCOVERY RESPONSES AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME REGARDING DISCOVERY DEADLINES  [Docket No. **29**, filed September 29, 2015] is **DENIED WITHOUT PREJUDICE** for reasons as set forth on the record.

That portion of the Motion requesting Enlargement of Time Regarding Discovery Deadlines is DENIED WITHOUT PREJUDICE with leave to file a future motion with the request following the deposition of Albruni Ali.

Hearing concluded.

**Court in recess:**   11:32 a.m.
Total In-Court Time   01:03

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470