**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.  15-cv-00967-LTD-MJW              FTR - Courtroom A-502

**Date:**    March 28, 2016                                      Courtroom Deputy, Ellen E. Miller

    *Parties*                                                              *Counsel*

JAS HOSPITALITY, LLC,                                  Daniele "Dan" W.  Bonifazi

        Plaintiff(s),

v.

AUTO-OWNERS INSURANCE COMPANY,              Muliha A. Khan

        Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:    **TELEPHONIC MOTION HEARING**
**Court in Session:**    10:02 a.m.
Court calls case.  Appearances of counsel.
As the  defendant's Motion to Stay Depositions and For Protective Order [Docket No. 60, filed March 25, 2016] is in regard to at least one deposition noticed for today, March, 28, 2016, the Court has set this forthwith telephonic motion hearing.

**It is ORDERED:**         Defendant's MOTION TO STAY DEPOSITIONS AND FOR PROTECTIVE ORDER [Docket No. 60, filed March 25, 2016] is **DENIED  WITHOUT PREJUDICE** for reasons as set forth on the record.

**It is ORDERED:**         Deposition of Fed. R. Civ. P. 30(b)(6) representative CHRIS HOAG shall be held   APRIL 04, 2016 at  1:00 p.m. <u>or</u> APRIL 05, 2016 at 1:00 p.m., whichever date is more convenient for Mr. Hoag.

**It is ORDERED:**         Deposition of JAMIE MOUNTS shall be held  APRIL 14, 2016 at 9:00 a.m.

**It is ORDERED:**         The deadline to designate and disclose affirmative experts is extended to **APRIL 15, 2016.**
The Scheduling Order [Docket No. 16] is amended accordingly.

Hearing concluded.    **Court in recess:**    10:21 a.m.      Total In-Court Time 00:19
To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470